NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 03-1387


STATE OF LOUISIANA

VERSUS

JIMMY L. RANDALL


**********

APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF LASALLE, NO. 66596
HONORABLE JOHN PHILIP MAUFFRAY, JR., DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Glenn B. Gremillion, Billy Howard Ezell, and *Arthur J. Planchard, Judges.

* Honorable Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana Supreme Court as *Judge Pro Tempore*.

AFFIRMED.

Hon. J. Reed Walters
District Attorney - 28th Judicial District Court
P. O. Box 1940
Jena, LA 71342
(318) 992-8282
Counsel for: Plaintiff/Appellee
State of Louisiana

Peggy J. Sullivan
La Appellate Project
P. O. Box 2775
Monroe, LA 71207-2775
(318) 387-6124
Counsel for: Defendant/Appellant
Jimmy L. Randall

Steven P. Kendrick
Attorney at Law
P. O. Box 1889
Jena, LA 71342
(318) 992-4107
Counsel for: Plaintiff/Appellee
State of Louisiana

Jimmy L. Randall
Pro Se
135 Spears Rd.
Olla, LA 71465